UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

**SHARQUE C. RICHARDS,**
        **Plaintiff,**

vs.            3:22-CV-00352 (MAD/ML)

**UNITED STATES OF AMERICA,**
*Pride Community & Dreamers*; **and**
**PRIDE COMMUNITY,**
        **Defendants.**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Lovric's June 27, 2022 Order and Report-Recommendation (Dkt. No. 6) is **ADOPTED** in its entirety; and the Court further **ORDERS** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED** without prejudice; and the Court further **ORDERS** that Plaintiff shall file her amended complaint within thirty (30) days of Judge D'Agostino's April 10, 2023 Order (Dkt. No. 8) adopting Judge Lovric's Report-Recommendation and Order (Dkt. No. 6); and the Court further **ORDERS** that, if Plaintiff fails to file an amended complaint within thirty (30) days of the date of the Order, the Clerk of the Court shall enter judgment in Defendants' favor and close this case without further order from this Court, all of the above pursuant to the Order of the Honorable Judge Mae A. D'Agostino, dated the 10th day of April, 2023.

DATED: June 21, 2023

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk